AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

DISTRICT OF Rhode Island

## SUMMONS IN A CIVIL CASE

United States of America

V.

One Lot of Four Thousand One Hundred Dollars ($4,100.00) in U.S. Currency

CASE NUMBER: C. A. NO. 05-357 ML

TO: (Name and address of defendant)

David Martin
7 Cassisi Court
North Providence, RI 02904

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Michael P. Iannotti, Assistant U.S. Attorney
U.S. Attorney's Office
Fleet Center
50 Kennedy Plaza, 8th Floor
Providence, RI 02903

~~[illegible] service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.~~

A claim within thirty (30) days after service of this summons upon you, exclusive of the day of service, and an answer to the complaint within twenty (20) days after the filing of your claim.

CLERK

DATE 8-22-05

(BY) DEPUTY CLERK

This form was electronically produced by Elite Federal Forms, Inc.

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| Service of the Summons and Complaint was made by me [1] | DATE 9-13-05 |
|---|---|
| NAME OF SERVER *(PRINT)* CLIFTON MOORE | TITLE CI-DUSM |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: 7 CASSISI COURT N. PROV. R.I.

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: ______

☐ Returned unexecuted: ______

☐ Other *(specify)* ______

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 9-13-05
*Date*

C.A Moore
*Signature of Server*

2 EXCHANGE TERRACE PROV. R.I.
*Address of Server*

FILED 2005 SEP 15 A 9:11 DISTRICT COURT DISTRICT OF RHODE ISLAND

(1) As to who may serve a summons see Rule 4 the Federal Rules of Civil Procedure.