IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff | ) | |
| vs. | ) | C.A. No. 05-357ML |
| ONE LOT OF FOUR THOUSAND ONE HUNDRED DOLLARS ($4,100.00) IN U.S. CURRENCY,<br>Defendant | ) | |

REQUEST FOR ENTRY OF ORDER
OF JUDGMENT AND DECREE OF FORFEITURE

Now comes the Plaintiff, the United States of America, by and through its attorneys, and requests entry of a final Order of Judgment and Decree of Forfeiture for the reasons set forth in the accompanying affidavit of the undersigned.

Respectfully submitted,

UNITED STATES OF AMERICA

By its attorneys,

ROBERT CLARK CORRENTE
United States Attorney

[signature]
MICHAEL P. IANNOTTI
Assistant U.S. Attorney

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff | ) | |
| vs. | ) | C.A. No. 05-357ML |
| ONE LOT OF FOUR THOUSAND ONE HUNDRED DOLLARS ($4,100.00) IN U.S. CURRENCY,<br>Defendant | ) | |

AFFIDAVIT

I, Michael P. Iannotti, on oath depose and say:

1. That I am an Assistant United States Attorney for the District of Rhode Island and represent the United States of America herein.

2. That on or about March 11, 2005, the defendant currency was seized by members of the Rhode Island State Police pursuant to the execution of a State of Rhode Island search warrant at 7 Cassisi Court, North Providence, Rhode Island, and on August 22, 2005 the within action was commenced with the filing of a Complaint for Forfeiture *In Rem* against the defendant currency.

3. That the default of Anthony J. Medeiros has been entered. (Exhibit One)

4. That the default of Diane M. Martin has been entered. (Exhibit Two)

5. That the default of David Martin has been entered. (Exhibit Three)

6. That notice of this forfeiture action was published in the Providence Journal on September 19, 26, and October 3, 2005. (Exhibit Four).

7. That no other person or entity has filed a claim to the defendant currency or attempted to plead or otherwise defend the above-entitled action.

8. That due to the foregoing, the affiant knows of no reason why judgment should not enter forfeiting the defendant currency to the plaintiff, the United States of America.

Michael P. Iannotti

MICHAEL P. IANNOTTI
Assistant U.S. Attorney

Subscribed to and sworn to before me at Providence, Rhode Island this 18th day of January, 2006.

Linda A. Magnarian Notary Public

Notary Public

My commission expires: 8/27/09