SCANNED

RECEIVED
U.S. ATTORNEY
DISTRICT OF R.I.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA, )
Plaintiff )
)
vs. ) C.A. No. 05-357ML
)
ONE LOT OF FOUR THOUSAND ONE HUNDRED )
DOLLARS ($4,100.00) IN U.S. CURRENCY, )
Defendant )

REQUEST FOR ENTRY OF DEFAULT

Now comes the United States of America, by and through its attorneys, pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, and requests the clerk to enter a default against Anthony J. Medeiros for the reasons set forth in the attached affidavit.

Respectfully submitted,

UNITED STATES OF AMERICA

By its attorneys,

ROBERT CLARK CORRENTE
United States Attorney

**AS TO ANTHONY J. MEDEIROS:**

**DEFAULT HEREBY ENTERED.**

**DEPUTY CLERK**

1.17.06

MICHAEL P. IANNOTTI
Assistant U.S. Attorney

EXHIBIT ONE

12

SCANNED

RECEIVED
U.S. ATTORNEY
DISTRICT OF R.I.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA, Plaintiff

vs. C.A. No. 05-357ML

ONE LOT OF FOUR THOUSAND ONE HUNDRED DOLLARS ($4,100.00) IN U.S. CURRENCY, Defendant

REQUEST FOR ENTRY OF DEFAULT

Now comes the United States of America, by and through its attorneys, pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, and requests the clerk to enter a default against Diane M. Martin for the reasons set forth in the attached affidavit.

Respectfully submitted,

UNITED STATES OF AMERICA

By its attorneys,

ROBERT CLARK CORRENTE
United States Attorney

**AS TO DIANE M. MARTIN:**

**DEFAULT HEREBY ENTERED,**

J. Duhamel

**DEPUTY CLERK**

1.17.06

Michael P. Iannotti

MICHAEL P. IANNOTTI
Assistant U.S. Attorney

EXHIBIT TWO

11

SCANNED

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, Plaintiff | ) | |
| vs. | ) | C.A. No. 05-357ML |
| ONE LOT OF FOUR THOUSAND ONE HUNDRED DOLLARS ($4,100.00) IN U.S. CURRENCY, Defendant | ) | |

RECEIVED JAN 17 U.S. ATTORNEY DISTRICT OF R.I.

## REQUEST FOR ENTRY OF DEFAULT

Now comes the United States of America, by and through its attorneys, pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, and requests the clerk to enter a default against David Martin for the reasons set forth in the attached affidavit.

Respectfully submitted,

UNITED STATES OF AMERICA

By its attorneys,

ROBERT CLARK CORRENTE
United States Attorney

**AS TO DAVID MARTIN:**

**DEFAULT HEREBY ENTERED.**

[signature]
**DEPUTY CLERK**
1.17.06

[signature]
MICHAEL P. IANNOTTI
Assistant U.S. Attorney

EXHIBIT THREE