U.S. Department of Justice
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
*See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.*

RECEIVED
NOV 25 2005
U.S. ATTORNEY
DISTRICT OF R.I.

| | |
|---|---|
| PLAINTIFF: United States of America | COURT CASE NUMBER: C.A. NO. 05-357ML |
| DEFENDANT: One lot of four thousand one hundred dollars ($4,100.00) in U.S. currency | TYPE OF PROCESS: Notice |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN: Providence Journal
ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Michael P. Iannotti, Asst. U.S. Atty.
U.S. Attorney's Office
Fleet Center, 50 Kennedy Plaza, 8th FL
Providence, RI 02903

| | |
|---|---|
| Number of process to be served with this Form - 285 | 1 |
| Number of parties to be served in this case | 1 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):*

Fold Fold

publish Notice of Action and Arrest
once a week for three weeks

| Signature of Attorney or other Originator requesting service on behalf of: | | TELEPHONE NUMBER | DATE |
|---|---|---|---|
| [signature] | ☒ PLAINTIFF ☐ DEFENDANT | 401/709-5000 | 9/2/05 |

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. *(Sign only first USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 5 | No. 70 | No. 70 | [signature] | 9/2/05 |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☑ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above *(See remarks below)*

| Name and title of individual served *(if not shown above)* | ☐ A person of suitable age and discretion then residing in the defendant's usual place of abode. | |
|---|---|---|
| Address *(complete only if different than shown above)* | Date of Service: 10/3/05 | Time am pm |
| | Signature of U.S. Marshal or Deputy: [signature] | |

| Service Fee | Total Mileage Charges *(including endeavors)* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| | | | | | | |

REMARKS:
Advertisement appeared in the Prov Journal 9/14, 9/21 & 10/3/05. Cost — $698.61

NOTE

EXHIBIT FOUR

PRIOR EDITIONS MAY BE USED

**3. NOTICE OF SERVICE**

FORM USM-285 (Rev. 12/15/80)

| DEPARTMENT OR ESTABLISHMENT, BUREAU OR OFFICE | ORDER NUMBER / DATE |
|---|---|
| United States Marshals Service, Providence, RI | 9/13/05 |

The publisher of the publication named below is authorized to publish the enclosed advertisement according to the schedule below provided the rates are not in excess of the commercial rates charged to private individuals with the usual discounts. It is to set solid, without paragraphing, and without any display in heading unless otherwise expressly authorized in the specification

NAME OF THE PUBLICATION ADVERTISED IN
Providence Journal

| SUBJECT OF ADVERTISEMENT | EDITION OF PAPER ADVERTISEMENT APPEARED |
|---|---|
| $4100.00 05-FBI-002140 | Daily |
| **NUMBER OF TIMES ADVERTISEMENT APPEARED** | **DATE(s) ADVERTISEMENT APPEARED** |
| 3 | 9/19, 9/26 & 10/3/05 |

SPECIFICATIONS FOR ADVERTISEMENT

PD 4100 T.S.'s

COPY FOR ADVERTISEMENT

SEE ATTACHED COPY OF ADVERTISEMENT

| AUTHORITY TO ADVERTISE | INSTRUMENT OF ASSIGNMENT |
|---|---|
| NUMBER | NUMBER |
| DATE | DATE 9/13/05 |
| SIGNATURE OF AUTHORIZING OFFICIAL [signature] | TITLE Seizure & Forfeiture Specialist |

## INSTRUCTIONS TO PUBLISHERS

Extreme care should be exercised to insure that the specifications for advertising to be set other than solid be definite, clear, and specific since no allowance will be made for paragraphing or for display or leaded or prominent headings, unless specifically ordered, or for additional space required by the use of type other than that specified. Specifications for advertising other than solid and the advertisement copy submitted to the publisher will be attached to the voucher. The following is a sample of solid line advertisement set up in accordance with the usual Government requirements.

DEPARTMENT OF HIGHWAYS & TRAFFIC, D.C. Bids are requested for first spring 1966 cement concrete repair contract, including incidental work, Washington, D.C., invitation No. C-6676-H, consisting of 11,000 sq. yds. PCC Class BB sidewalk repair and 2,000 cu. yds. PCC Class A pavement, alley, & driveway repair, both cut repairs only. Bidding material available from the Procurement Officer, D.C. Sealed bids to be opened in the Procurement Office at 2:00 p.m., November 16, 1966.

Your bill for this advertising order should be submitted on the "Public Voucher for Advertising" form, which is printed on the reverse of this form, immediately after the last publication of the advertisement. If copies of the printed advertisement are not available, complete the affidavit provided on the voucher. Submit the voucher and a copy of the printed advertisement to ▶

UNITED STATES MARSHALS SERVICE
P.O. BOX 1524
PROVIDENCE, RI 02901-1524

### IMPORTANT

Charges for advertising when a cut, matrix, stereotype or electrotype is furnished will be based on actual space used and no allowance will be made for shrinkage.

In no case shall the advertisement extend beyond the date and edition stated in this order.

1143-108

ortgage having
oken:
iat certain parcel of land
all buildings and im-
ments thereon more
ularly described in said
gage deed recorded in
Book 5300 at Page 257.
e above premises will be
subject to all taxes, as-
ents and other encum-
es which may constitute
r lien thereon, and will
nveyed subject to any
ents, restrictions of re-
tenancies and rights of
ption for unpaid federal
if any, as shall, not-
tanding this provision,
tute valid liens or en-
rances thereon after
ale.
ms of sale: deposit of
Thousand Dollars
0.00) in cash, certified
or bank check at time
ace of sale. Other terms
onditions will be an-
ed at the sale.
order of the holder of
ortgage, who hereby
otice of intention to bid
sale or any postpone-
r adjournment thereof.
PARTRIDGE SNOW
& HAHN LLP
Attorneys for Holder
of the Mortgage
180 South Main Street
Providence, RI 02903
(401) 861-8293

## RTGAGEE'S SALE

9 Menard Street
berland, Rhode Island
sold at public auction
October 4, 2005, at
0 a.m. local time, on
premises, by virtue of
power of sale con-
ed in a mortgage made
JAMES L. MARS-
D, JR. and PAMELA
MARSLAND, dated
1 9, 2002, and record-
the Records of Land
ence of the Town of
berland, State of
e Island, in Book
, Page 426, the condi-
of said mortgage
g been broken:
certain parcel of land
ll buildings and im-
ents thereon more
arly described in said
e deed recorded in
k 1008 at Page 426.
bove premises will be
ject to all taxes, as-
ts and other encum-
which may constitute
lien thereon, and will
eyed subject to any
ts, restrictions of re-
nancies and rights of
ion for unpaid federal
any, as shall, not-
ding this provision,
e valid liens or en-
ces thereon after

s of sale: deposit of
Thousand Dollars
0) in cash, certified
bank check at time
of sale. Other terms
ditions will be an-
at the sale.
der of the holder of
tgage, who hereby
ice of intention to bid
le or any postpone-
djournment thereof.
PARTRIDGE SNOW
& HAHN LLP
Attorneys for Holder
of the Mortgage
0 South Main Street
Providence, RI 02903
(401) 861-8293

State of Rhode Island, in Book 1326, Page 172, the conditions of said mortgage having been broken:

That certain parcel of land with all buildings and improvements thereon more particularly described in said mortgage deed recorded in said Book 1326 at Page 172.

The above premises will be sold subject to all taxes, assessments and other encumbrances which may constitute a prior lien thereon, and will be conveyed subject to any easements, restrictions of record, tenancies and rights of redemption for unpaid federal taxes, if any, as shall, notwithstanding this provision, constitute valid liens or encumbrances thereon after said sale.

Terms of sale: deposit of Five Thousand Dollars ($5,000.00) in cash, certified check or bank check at time and place of sale. Other terms and conditions will be announced at the sale.

By order of the holder of the mortgage, who hereby gives notice of intention to bid at said sale or any postponement or adjournment thereof.

PARTRIDGE SNOW
& HAHN LLP
Attorneys for Holder
of the Mortgage
180 South Main Street
Providence, RI 02903
(401) 861-8293

## MORTGAGEE'S SALE

18 Lancaster Avenue
Warwick, Rhode Island

Will be sold at public auction on October 4, 2005, at 11:00 a.m. local time, on the premises, by virtue of the power of sale contained in a mortgage made by LORI GLAWSON, dated March 31, 2005, and recorded in the Records of Land Evidence of the City of Warwick, State of Rhode Island, in Book 5642, Page 25, the conditions of said mortgage having been broken:

That certain parcel of land with all buildings and improvements thereon more particularly described in said mortgage deed recorded in said Book 5642 at Page 25.

The above premises will be sold subject to all taxes, assessments and other encumbrances which may constitute a prior lien thereon, and will be conveyed subject to any easements, restrictions of record, tenancies and rights of redemption for unpaid federal taxes, if any, as shall, notwithstanding this provision, constitute valid liens or encumbrances thereon after said sale.

Terms of sale: deposit of Five Thousand Dollars ($5,000.00) in cash, certified check or bank check at time and place of sale. Other terms and conditions will be announced at the sale.

By order of the holder of the mortgage, who hereby gives notice of intention to bid at said sale or any postponement or adjournment thereof.

PARTRIDGE SNOW
& HAHN LLP
Attorneys for Holder
of the Mortgage
180 South Main Street
Providence, RI 02903
(401) 861-8293

Lincoln, RI in the ... Room.

**Agenda:**

1) Call Meeting to Order
2) Roll Call of the Board of Trustees
3) Approval of Minutes - September 14, 2005 Regular Session and September 21, 2005 Special Regular Session
4) Recess into Executive Session
5) Return to Regular Session
6) Opportunity for Audience to Comment
7) Finance Committee Report
8) Human Resources Report
9) Nominating Committee Report
10) Director's Report
  a) Teachers' Association
  b) Teacher Assistants' Association
  c) Parents' Visitation Night-Sept. 22, 2005
  d.) Future Student Night-Nov. 15, 2005
  e.) Status High School Regulations
  - Presentation on High School Diploma System, Part One
  f) Patriot Newsletter-October 2005 Issue
  g) Other
11) Adjournment
12) Next Meeting - November 2, 2005

For interpreter of TDD voice services, please contact the Office of the Director by Wednesday, Oct. 5th, by 12:00 Noon.

## MORTGAGEE'S SALE

150 Kimball Street
Providence, Rhode Island

Will be sold at public auction on October 18, 2005 at 12:00 p.m. local time, on the premises, by virtue of the power of sale contained in a mortgage made by GINA M. MARTINO, dated July 23, 2004, and recorded in the Records of Land Evidence of the City of Providence, State of Rhode Island, in Book 6687, Page 54, the conditions of said mortgage having been broken:

That certain parcel of land with all buildings and improvements thereon more particularly described in said mortgage deed recorded in said Book 6687 at Page 54.

The above premises will be sold subject to all taxes, assessments and other encumbrances which may constitute a prior lien thereon, and will be conveyed subject to any easements, restrictions of record, tenancies and rights of redemption for unpaid federal taxes, if any, as shall, notwithstanding this provision, constitute valid liens or encumbrances thereon after said sale.

Terms of sale: deposit of Five Thousand Dollars ($5,000.00) in cash, certified check or bank check at time and place of sale. Other terms and conditions will be announced at the sale.

By order of the holder of the mortgage, who hereby gives notice of intention to bid at said sale or any postponement or adjournment thereof.

PARTRIDGE SNOW
& HAHN LLP
Attorneys for Holder
of the Mortgage
180 South Main Street
Providence, RI 02903
(401) 861-8293

Oakbrook Terrace, IL 60181

The interviewee will be notified of the date, time and place of the meeting.

STATE OF RHODE ISLAND
AND PROVIDENCE
PLANTATIONS
FAMILY COURT
K2005-0005
KENT, SC.
Office of the Clerk
of the Family Court
September 20, A.D. 2005

WHEREAS, PLAINTIFF, JOHN JAMES BRUNO, JR. in the County of KENT has filed a Complaint in said office, DIVORCE DUE TO THE PARTIES ARE LIVING SEPARATE AND APART. THE PLAINTIFF BE PERMITTED TO WAIVE ALIMONY AND THE DEFENDANT BE DENIED ALIMONY. THE PLAINTIFF BE AWARDED EXCLUSIVE USE AND TITLE TO ALL ITEMS OF PERSONAL PROPERTY NOW IN HIS POSSESSION AND TO ANY AUTOMOBILES PRESENTLY IN HIS POSSESSION.

Now, therefore, you the said RUTH A. BRUNO are hereby summoned to answer, if you shall see fit, before the Family Court, to be held at WARWICK, within the County of KENT, on the 14TH day of NOVEMBER, A.D. 2005, then and there to answer to said Complaint.

WITNESS, the Seal of the FAMILY COURT, at KENT, this 20TH day of SEPTEMBER A.D. 2005.

F. CHARLES HAIGH, JR.
ADMINISTRATOR/CLERK

## NOTICE OF ARREST AND SEIZURE

UNITED STATES
DISTRICT COURT
DISTRICT OF
RHODE ISLAND
UNITED STATES
OF AMERICA,
Plaintiff
vs.
ONE LOT OF
FOUR THOUSAND
ONE HUNDRED DOLLARS
($4,100.00) IN
U.S. CURRENCY,
Defendant

Notice is hereby given that on August 24, 2005, I arrested One Lot Of Four Thousand One Hundred Dollars ($4,100.00) in U.S. Currency, pursuant to a warrant of arrest issued by the Magistrate Judge of this court upon the filing of a verified complaint in the above action. Said currency was seized on March 11, 2005, at 7 Cassisi Court, North Providence, Rhode Island, pursuant to the execution of a Rhode Island Search Warrant. Any person having or claiming an interest in or to said property must file a claim with the Clerk of this Court at the United States District Court, Federal Building and U.S. Courthouse, One Exchange Terrace, Providence, Rhode Island 02903, with a copy to the United States Attorney, 50 Kennedy Plaza, 8th Floor, Providence, Rhode Island 02903, within 30 days of this date, and must file an answer to the complaint herein within 20 days thereafter.

BURTON STALLWOOD
United States Marshal

conveyed; then turning northerly and proceeding 137 feet, more or less, along the easterly line of Wright Avenue to the place and point of beginning.

Parcel II:

That certain tract or parcel of land located on the southerly side of Highland Avenue in the Town of South Kingstown, County of Washington, State of Rhode Island, being more particularly described as Parcel III of that certain ADMINISTRATIVE SUBDIVISION PLAN SHOWING A REDIVISION OF CERTAIN LAND OF: EDITH F. CHAPPELL, SUSAN K. & MICHAEL P. GEORGANTAS ON HIGHLAND AVENUE IN THE TOWN OF SOUTH KINGSTOWN, RI DECEMBER - 2000 ZONE-R10 FLOOD ZONE - "C"; said Plan being recorded in the Land Evidence Records of the Town of South Kingstown, RI on the 20th day of December, 2000 at 3:27 p.m. and recorded on Card C2000-62.

Property Address:
40 Highland Avenue
South Kingstown,
Rhode Island

claiming a lien for said amount, with interest and costs, and praying that said lien may be enforced against said land and building, and against the right, title and interest that said RESPONDENTS as the owner thereof, had in and to the same at the time said petitioner's lien accrued thereon, and attached thereto, and that the same may be sold to satisfy said claim of the petitioner, and all other accounts and demands for which the same is pledged and liable by Chapter 34-28 of the General Laws of 1956 and any amendments thereto.

We command you to cite the said RESPONDENTS and CITIZENS BANK OF RHODE ISLAND to respond, if they shall see fit, before our Superior Court, at SOUTH KINGSTOWN within the County of WASHINGTON, on the 28th day of OCTOBER, 2005 and show cause, if any they have, why said lien should not be allowed and enforced by said Court for the amount claimed.

Hereof fail not and make true return of this writ with you doings thereon.

WITNESS, the SEAL of our SUPERIOR COURT, at SOUTH KINGSTOWN, this 23rd day of SEPTEMBER, 2005.

COURTLAND R.
CHAPMAN, JR., Clerk

## ANNUAL REPORT

The annual report for the year 2005 (June 1, 2004 - May 31, 2005) of The SCAT Foundation is available for inspection during regular business hours at the office of the foundation. Such requests for inspection must be within 180 days after the date of notice. The foundation office is located at 65 Valley Street, East Providence, Rhode Island 02914.