RECEIVED
JAN 18 2006
Property of U.S. District Court
District of Rhode Island

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA, )
Plaintiff )
)
vs. ) C.A. No. 05-357ML
)
ONE LOT OF FOUR THOUSAND ONE HUNDRED )
DOLLARS ($4,100.00) IN U.S. CURRENCY, )
Defendant )

ORDER OF JUDGMENT AND DECREE OF FORFEITURE

The defaults of Anthony J. Medeiros, Diane M. Martin, and David Martin having been entered; and it appearing that no other claim to the defendant currency has been filed since said currency was seized;

It is hereby

ORDERED, ADJUDGED, and DECREED

That the defendant currency, one lot of four thousand one hundred dollars ($4,100.00) in U.S. currency, is forfeited to the plaintiff, the United States of America, and the United States Marshal is authorized to dispose of said currency according to law.

BY ORDER:

Deputy Clerk 2/7/06

ENTER:

MARY M. LISI 2/7/06
United States District Judge